UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC. | : | |
| VS. | : | C.A. NO. 07-350 |
| JAMES A. MALM and ROBERT WOODSTOCK individually and as the alter egos of TEE'S TAVERN TEE'S BISTRO, INC. d/b/a TEE'S TAVERN, PINE GLEN DEVELOPMENT, INC. d/b/a TEE'S TAVERN | : | |

## **ENTRY OF APPEARANCE**

Now comes BENNETT R. GALLO, ESQ., and hereby enters his appearance on behalf of the Defendants, JAMES A. MALM and PINE GLEN DEVELOPMENT, INC., the above captioned matter.

/s/ Bennett R. Gallo

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH
& BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile
brg@ndgrb.com

## **CERTIFICATION**

I, the undersigned, do hereby certify this 23rd day of October, 2007, that I mailed a true copy of the within Entry of Appearance to:

Marc D. Wallick, Esq.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888

/s/ Bennett R. Gallo