UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC. | : | |
| VS. | : | C.A. NO. 07-350 |
| JAMES A. MALM and ROBERT WOODSTOCK individually and as the alter egos of TEE'S TAVERN TEE'S BISTRO, INC. d/b/a TEE'S TAVERN, PINE GLEN DEVELOPMENT, INC. d/b/a TEE'S TAVERN | : | |

**STIPULATION**

Now come the Defendants, JAMES A. MALM and PINE GLEN DEVELOPMENT, INC., by and through their attorney and request that the time to answer to otherwise plead to Plaintiff's Complaint is extended to November 30th, 2007.

/s/ Mark D. Wallick, Esq.

Marc D. Wallick, Esq. (#2152)
*Attorney for the Plaintiff*
51 Jefferson Boulevard
Warwick, RI 02888
401-461-0100 - telephone
401-461-2577 - facsimile

Dated: 10/26/07

/s/ Bennett R. Gallo, Esq.

Bennett R. Gallo, Esq. (#1308)
*Attorney for Defendants James A. Malm and Pine Glen Development, Inc.*
NOLAN, DAILEY, GALLO, ROTHEMICH & BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile

Dated: 10/29/07