UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC. | : | |
| VS. | : | C.A. NO. 07-350 |
| JAMES A. MALM and ROBERT WOODSTOCK individually and as the alter egos of TEE'S TAVERN, TEE'S BISTRO, INC. d/b/a TEE'S TAVERN, PINE GLEN DEVELOPMENT, INC. d/b/a TEE'S TAVERN | : | |

**AMENDED ANSWER OF DEFENDANT, TEE'S BISTRO, INC., TO PLAINTIFF'S COMPLAINT**

1. The Defendant, Tee's Bistro, Inc., denies the allegations of Paragraphs 6 through 10, inclusive, of the Plaintiff's Complaint.

2. As to each and all of the remaining allegations set forth under the captions Jurisdiction, Venue and Parties, the Defendant, Tee's Bistro, Inc., leaves Plaintiff to it proof.

**COUNT I**

3. The Defendant incorporates by reference its answers to Paragraphs 1 through 11, inclusive, of the Plaintiff's Complaint.

4. The Defendant, Tee's Bistro, Inc., denies the allegations of Paragraphs 16, 19 and 20 of Count I of the Plaintiff's Complaint.

5. As to each and all the remaining allegations of Count I of the Complaint, the Defendant, Tee's Bistro, Inc., leaves Plaintiff to its proof.

**COUNT II**

6. The Defendant incorporates by reference its answers to Paragraphs 1 through 20, inclusive, of the Plaintiff's Complaint.

7. The Defendant denies each and all the remaining allegations of Count II of the Plaintiff's Complaint.

**COUNT III**

8. The Defendant incorporates by reference its answers to 1 through 25, inclusive, of the Plaintiff's Complaint.

9. The Defendant denies each and all the remaining allegations of Count III of the Plaintiff's Complaint.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint is time barred.

WHEREFORE, Tee's Bistro, Inc., demands judgment in its favor plus costs.

Defendant, Tee's Bistro, Inc.,
By and Through Its Attorney,

/s/ Bennett R. Gallo
___________________________

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH
& BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile
brg@ndgrb.com

DEFENDANT, TEE'S BISTRO, INC., DEMANDS A TRIAL BY JURY.

**CERTIFICATION**

I, the undersigned, do hereby certify this 16 th day of November, 2007, that I sent via electronic mail a true copy of the within Amended Answer to:

Marc D. Wallick, Esq. wallicklaw@aol.com
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888

/s/ Bennett R. Gallo
___________________________