UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC. | : | |
| VS. | : | C.A. NO. 07-350 |
| JAMES A. MALM and ROBERT WOODSTOCK individually and as the alter egos of TEE'S TAVERN, TEE'S BISTRO, INC. d/b/a TEE'S TAVERN, PINE GLEN DEVELOPMENT, INC. d/b/a TEE'S TAVERN | : | |

**ANSWER OF DEFENDANTS, JAMES A. MALM AND PINE GLEN DEVELOPMENT, INC., TO PLAINTIFF'S COMPLAINT**

1. The Defendants, James A. Malm and Pine Glen Development, Inc., deny the allegations of Paragraphs 6 through 10, inclusive, of the Plaintiff's Complaint.

2. As to each and all of the remaining allegations set forth under the captions Jurisdiction, Venue and Parties, the Defendants, James A. Malm and Pine Glen Development, Inc, leave Plaintiff to its proof.

**COUNT I**

3. The Defendants incorporate by reference their answers to Paragraphs 1 through 11, inclusive, of the Plaintiff's Complaint.

4. The Defendants, James A. Malm and Pine Glen Development, Inc, deny the allegations of Paragraphs 16 through 20, inclusive, of Count I of the Plaintiff's Complaint.

5. As to each and all the remaining allegations of Count I of the Complaint, the Defendants, James A. Malm and Pine Glen Development, Inc, leave Plaintiff to its proof.

**COUNT II**

6. The Defendants incorporate by reference their answers to Paragraphs 1 through 20, inclusive, of the Plaintiff's Complaint.

7. The Defendants deny each and all the remaining allegations of Count II of the Plaintiff's Complaint.

**COUNT III**

8. The Defendants incorporate by reference their answers to 1 through 25, inclusive, of the Plaintiff's Complaint.

9. The Defendants deny each and all the remaining allegations of Count III of the Plaintiff's Complaint.

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint is time barred.

**SECOND AFFIRMATIVE DEFENSE**

Count III fails to state a claim upon which relief may be granted in that the facts alleged do not constitute to conversion under applicable law.

**THIRD AFFIRMATIVE DEFENSE**

Pine Glen Development, Inc., is not an entity capable of being sued.

WHEREFORE, Defendants, James A. Malm and Pine Glen Development, Inc , demand judgment in their favor plus costs.

Defendant,
James A. Malm and Pine Glen Development, Inc
By and Through Its Attorney,

/s/ Bennett R. Gallo

______________________________

Bennett R. Gallo, Esq. (#1308)
NOLAN, DAILEY, GALLO, ROTHEMICH
& BRUNERO, LTD.
1070 Main Street
Coventry, RI 02816
401-828-5800 - telephone
401-823-3230 - facsimile
brg@ndgrb.com

DEFENDANTS, JAMES A. MALM AND PINE GLEN DEVELOPMENT, INC., DEMAND A TRIAL BY JURY.

**CERTIFICATION**

I, the undersigned, do hereby certify this 30 th day of November, 2007, that I sent via electronic mail a true copy of the within Answer to:

Marc D. Wallick, Esq. wallicklaw@aol.com
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888

/s/ Bennett R. Gallo