**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

GARDEN CITY BOXING CLUB, INC.
Plaintiff
v. C.A. No.: 07-350S

JAMES A. MALM AND ROBERT WOODSTOCK,
Individually and as the alter egos of TEE'S TAVERN,
TEE'S Bistro, Inc. d/b/a TEE'S TAVERN
Defendant

## DEFENDANT'S ANSWERS TO PLAINTIFF'S COMPLAINT

## JURISDICTION

1. The Defendant neither admits nor denies the allegations, but leave Plaintiff to its proof.

2. The Defendant neither admits nor denies the allegations, but leave Plaintiff to its proof.

3. The Defendant neither admits nor denies the allegations, but leave Plaintiff to its proof.

## VENUE

4. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

## THE PARTIES

5. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

6. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

7. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

8. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

9. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

10. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

11. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

## COUNT I

12. The Defendant hereby incorporates by reference all of the answers contained in paragraphs 1 though 11, inclusive, as if set forth herein.

13. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

14. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

15. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

16. Deny.

17. The Defendant neither admits nor denies the allegations, but leave Plaintiffs to its proof.

18. Deny.

19. Deny

20. Deny

## COUNT II

21. The Defendant hereby incorporates by reference all of the answers contained in paragraphs 1 though 20, inclusive, as if set forth herein.

22. Neither admit nor deny.

23. Deny

24. Deny

25. Deny

## COUNT III

26. The Defendant hereby incorporates by reference all of the answers contained in paragraphs 1 though 25, inclusive, as if set forth herein.

27. Deny

28. Deny

29. Deny

WHEREFORE, the Defendant prays for judgment and dismissal of each of the counts as said forth in the Plaintiff's Complaint.

Defendant, James A. Malm, et al
By and through his attorney,

\s\ Matthew B. Smith
Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 453-0700
(401) 454-5557 {fax}

## CERTIFICATION

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on November 30, 2007.

/s/ Matthew B. Smith, Esq.