**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GARDEN CITY BOXING CLUB, INC.** | : | |
| | : | |
| **VS.** | : | **C.A. NO.: 07-350 S** |
| | : | |
| **JAMES A. MALM, ALIAS AND ROBERT WOODSTOCK, ALIAS, INDIVIDUALLY AND AS THE ALTER EGOS OF TEE'S TAVERN, TEE'S BISTRO, INC. D/B/A TEE'S TAVERN** | : | |

# CONSENT JUDGMENT

It is hereby agreed between the parties that judgment shall enter for Plaintiff in the sum of Twenty-Five Thousand ($25,000.00) Dollars.

It is further agreed that the Defendant, Robert Woodstock, shall satisfy the outstanding Judgment with a minimum monthly payment of Two Thousand, Five Hundred ($2,500.00) Dollars per month commencing March 1, 2008 and continuing for a total of three (3) months.

In the event Defendant makes all payments on a timely basis then interest will then be waived and the matter will be settled. Should Defendant default at any time, Plaintiff is then free to proceed with the request for the Execution and/or other collection remedies available to it on the total judgment less any payments made.

All payments are to be sent to Plaintiff's attorney, Marc D. Wallick, Esq., 51 Jefferson Boulevard, Suite 500, Warwick, Rhode Island 02888.

ROBERT WOODSTOCK
By his Attorney,

/s/ Matthew B. Smith__________
Matthew B. Smith, Esq.
1206 Westminster Street
Providence, RI 02909

GARDEN CITY BOXING CLUB, INC.
By its Attorney,

/s/ Marc D. Wallick_________________
Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

Entered as an order of this Court this ______ day of ____________, 2008.

ENTERED:

________________________________

PER ORDER:

_________________________________

dm c:\docs\const-judg-tees