**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **GARDEN CITY BOXING CLUB, INC.** | : | |
| **Plaintiff,** | : | |
| **VS.** | : | **C.A. NO.: 07-350 S** |
| | : | |
| **JAMES A. MALM, ALIAS AND ROBERT WOODSTOCK, ALIAS, INDIVIDUALLY AND AS THE ALTER EGOS OF TEE'S TAVERN, TEE'S BISTRO, INC. D/B/A TEE'S TAVERN** | : | |
| **Defendants.** | : | |

**DISMISSAL STIPULATION**

This matter may be dismissed the prejudice against Defendant, James A. Malm, individually and as the alter egos thereof.

GARDEN CITY BOXING CLUB, INC.
By its Attorney,

/s/ Marc D. Wallick
Marc D. Wallick, Esq. (#2152)
WALLICK & ASSOCIATES, LTD.
51 Jefferson Boulevard, Suite 500
Warwick, RI 02888
(401) 461-0100

SENT TO ELECTRONICALLY:

Bennett R. Gallo, Esq.
Nolan, Dailey, Gallo, Rothemich & Brunero, Ltd.
1070 Main Street
Coventry, RI 02816

DATED: February 29, 2009

dm c:\docs\dism-stip-tees